January 12th, 2007

Jeffrey Dan Williams
Reg. #08119-062
FCI Bennettsville
P.O. Box 52020
Bennettsville, SC
29512-5220

Clerk of the Court
U.S. District Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001

RECEIVED
JAN 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re: Jeffrey Dan Williams v. Harley G. Lappin, et. al., Civil No. 06-CV-1998-GK.

Dear Madam/Sir:

I am in receipt of the Court's January 5th, 2007, Transfer Order, transfering my Civil Complaint to the United States District Court for the Eastern District of Texas. I would like my objections to the transfer to be made part of the record. It appears that my Civil Complaint was transfered because I did not provide an address for the two defendants to be served in their individual capacity.

First, the Court failed to provide me with notice and an opportunity to correct that error. Second, I provided the defendants only known (business) address. It should be noted that the defendants are public officials and their personal addresses are not readily available to prisoners, which puts prisoners at an unfair disadvantage in any Civil Complaint. Just the fact that a prisoner is seeking a personal address of a public official could be considered suspect, which is one of the reasons these public officials addresses are so guarded. And another reason, I'm sure is, to frustrate service of process against these public officials in their individual capacities. The process is far from fair. The Court refered to Rule 4(e) and the service requirement for individuals. What the Court has overlooked is the fact that Rule 4(e) also has a provision for waiver of service. Because I asked the Court to serve the defendants, and am paying the filing fee, why didn't the Court send a waiver of service form to each defendant rather than transferring

the Civil Complaint? The transfer effectively dismisses the Civil Complaint against the defendants in their individual capacities. It is well established that every effort should be made to avoid dismissal when the Civil Complaint states a cause of action and establishes that ginuene issues of material fact exists that preclude dismissal.

   I wanted to make these objections part of the record for appellate purposes in the future. Thank you for your time and help with this matter.

                                                Respectfully,

                                                /s/ Jeff Williams
                                                Jeffrey Dan Williams