UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Jeffrey Dan Williams,** | : | |
| | : | |
| **Plaintiff,** | : | |
| v. | : | Civil Action No. 06-1998 (GK) |
| | : | |
| **Harley G. Lappin** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

This matter is before the Court on Plaintiff's objection to the Court's Order of January 8, 2007, transferring the case to the Eastern District of Texas. Construing the motion as seeking relief under Fed. R. Civ. P. 60(b), the Court finds no grounds for vacating the order and maintaining the action here. Accordingly, it is

ORDERED that Plaintiff's construed motion for relief from the Transfer Order [Dkt. No. 6] is **denied**.


January 29, 2007

/s/
GLADYS KESSLER
U.S. District Judge